**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

HORACE RHONE,

    Plaintiff,

v.                                                  Case No: 5:16-cv-391-Oc-30PRL

SPIRIT OF LIFE RECOVERY CENTER,

    Defendant.

## ORDER

**THIS CAUSE** comes before the Court upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 4). Plaintiff has not filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 4) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is DENIED.

3. Plaintiff's Complaint is DISMISSED.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of August, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\OCALA\2016\16-cv-391 adopt 4.docx